IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| In re Ameriquest Mortgage Co., Mortgage Lending Practices Litigation | ) ) | |
| | ) | Case No. 08 C 7282 |
| _____ ) | | Judge Marvin E. Aspen |
| | ) | Magistrate Judge Daniel G. Martin |
| THIS ORDER APPLIES TO | ) | |
| *Butler, et al. v. Ameriquest* | ) | |
| *Mortgage Company et al* | ) | |
| *08-cv-7282, N.D.Ill* | ) | |

## ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and Joint stipulation of dismissal of claims against defendants [18], Plaintiff Lonnie K. Phifer's claims against all defendants are dismissed with prejudice. Each party shall bear their own costs and attorneys' fees. There are no remaining claims by any Plaintiffs in this case and this case may be terminated in its entirety. Civil Case Terminated.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.


8/13/14                                        _____
                                                        Marvin E. Aspen
                                                        United States District Judge